**No. 49299.**—Protests 818736–G, etc., of Amervoll Co., Inc., et al. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49300.**—Protests 70434–K, etc., of Barton & Co., Inc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49301.**—Protests 31537–K, etc., of Belmont Distributing Co. et al. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, MARCH 31, 1944

**No. 49302.**—Protests 98370–K, etc., of Balfour Guthrie & Co., Ltd., et al. (Philadelphia, etc.).

Opinion by COLE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.